EDWARD CORY, Respondent, v. MORRIS RECHT et al., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MILDRED RUBY, Respondent, v. RICHARD BENNETT et al., Defendants, and ABRAHAM YARMARK, Defendant-Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

J. C. F. HOLDING CORPORATION et al. v. GENERAL GAS & ELECTRIC CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 863.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISAAC G. KRUMNAS v. PETER RAIDBERG.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 858.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GLADYS LIEBERMAN v. MAURICE B. LIEBERMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 861.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of EDWARD W. DUGAN against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 818.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SYDNEY VOLKMAN et al. v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 818.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MAX BECKER, as Assignee of JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, v. BORIS STERN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 819.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JULIUS BRUMBERGER et al. v. SARAH W. SIMON et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking prescribed by section 593 of the Civil Practice Act. [See ante, p. 860.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (March 17, 1944.)

In the Matter of the Arbitration between JOHN KELLYS (LONDON) LIMITED, Respondent, and PHILIP KACHURIN, Doing Business under the Name of KACHURIN DRUG COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MITCHELL L. STONE, Appellant, v. HOWARD S. PALMER et al., as Trustees of NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.